Leah Ronhaar, Esq.
Nevada State Bar No. 13013
BRADLEY, DRENDEL & JEANNEY
P.O. Box 1987
Reno, NV 89505
Telephone No. (775) 335-9999
Facsimile No. (775) 335-9993
***Attorney for Plaintiffs***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS SNIDER and LAUREN SNIDER, Individually and as Special Administrators of the ESTATE OF ISAIAH SHARP, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF NEVADA, on relation of the NEVADA DEPARTMENT OF CORRECTIONS; CHARLES DANIELS, individually and as Director of the Department of Corrections; WILLIAM QUENGA, individually and as Deputy Director of the Department of Corrections; BRIAN WILLIAMS, individually and as Deputy Director of Operations of the Department of Corrections; JAMES JONES, individually and as Inspector General of the Department of Corrections; WILLIAM GITTERE, individually and as Deputy Director of Programs of the Department of Corrections; CALVIN JOHNSON, individually and as Warden at High Desert State Prison; JEREMY BEAN, individually and as Associate Warden at High Desert State Prison; FRANK DREESEN, individually and as Associate Warden at High Desert State Prison; GARY PICCININI, individually and as Associate Warden at High Desert State Prison; RONALD OLIVER, individually and as Associate Warden at High Desert State Prison; DOE OFFENDER MANAGEMENT ADMINISTRATOR (DOE OMA); DOES I-X, inclusive; BLACK AND WHITE COMPANIES I-X, inclusive; ABC CORPORATIONS, I-X inclusive<br><br>Defendants._____/ | Case No. 2:22-cv-01723-RFB-VCF<br><br>**STIPULATION TO AMEND DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR IA 6-1 and LR26-3 (SECOND REQUEST)** |

-1-

Our File No. 205118

1   The parties hereto, by and through their respective undersigned counsel, in compliance with
2   the Court's Scheduling Order hereby files this Stipulation to extend discovery dates.

3   The parties have been diligent in conducting discovery.  Since the first request to extend
4   discovery several more depositions have been taken which have resulted in additional depositions
5   needing to be taken, including depositions of witnesses who have needed Subpoenaed.  Once such
6   witness that is important to the case has moved since the last known address was given by
7   Defendants to Plaintiffs.  Plaintiff is being diligent in tracking this witness and still is in the process
8   of trying to locate the witness.  Additionally, four other depositions are being conducted this week
9   that the parties will need time to the transcripts for their experts.   Both sides have served written
10  discovery upon the parties.  The current deadline for the Expert disclosure is December 7, 2023 and
11  the parties feel that more time is needed for the additional depositions to be taken and probable
12  additional written discovery.

13  **DISCOVERY PLAN & SCHEDULING ORDER**

14  Plaintiffs and Defendants hereby agree and stipulate as to the following discovery plan:

15  1.   DISCOVERY CUT-OFF DATE.  The new Discovery Cut-off date shall be 120 days
16  from the current discovery cut-off of February 5, 2024 which shall be (**May 6, 2024**).

17  2.   LAST DAY TO AMEND PLEADING AND/OR ADD PARTIES.  The last day to
18  amend pleading and/or add parties will be (90) days prior to the Discovery Cut-off date
19  which shall be (**February 6, 2024**).

20  3.   LAST DAY TO EXTEND DISCOVERY.  The last date to request an extension for
21  the discovery in this matter will be (20) days prior set for the Discovery Cut-off in this matter
22  (**April 16, 2024**).

23  4.   DISCLOSURE OF EXPERTS.  The last day for disclosing experts will be sixty (60
24  days before the close of discovery (**March 7, 2024**).

25  5.   INTERIM STATUS REPORT.  Pursuant to Local Rule 26-3, an Interim Status
26  Report shall be filed no later than sixty (60) days prior to the discovery cut-off date (**March
27  7, 2024**).

28  6.   REBUTTAL EXPERTS.  The last day for disclosing rebuttal experts shall be thirty-

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 205118

1  two (32) days before the close of discovery (**Monday, April 8, 2024**).

2      7.    <u>DISPOSITIVE MOTIONS</u>.  The last date for filing dispositive motions shall be no later than thirty-two (32) days before the close of discovery (**Monday, April 8, 2024**).

    8.    <u>PRE-TRIAL ORDER.</u>  The Joint Pre-trial Order shall be filed no later than thirty-two (32) days after the deadline for dispositive motions (**April 8, 2024**).

    9.    <u>F.R.C.P. 26(A)(3) DISCLOSURES.</u>  The disclosures required by F.R.C.P. 26(a)(3) and any objections thereto shall be included in the Pre-trial Order.

Dated this 8th day of November 2023.            Dated this 8th day of November 2023.

BRADLEY, DRENDEL & JEANNEY                      AARON D. FORD
                                                 Attorney General


/s/ Leah Ronhaar                                /s/ Douglas Rands
Leah Ronhaar, Esq.                              Douglas R. Rands, Esq.
***Attorney for Plaintiffs***                   Bar No. 3572
                                                Senior Deputy Attorney General
                                                ***Attorneys for Defendants***

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

11-9-2023
DATED _____

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 205118

# Reva Archer

| | |
|---|---|
| **From:** | Douglas R. Rands <DRands@ag.nv.gov> |
| **Sent:** | Wednesday, November 8, 2023 2:20 PM |
| **To:** | Reva Archer; Leah Ronhaar; Roberta W. Bibee |
| **Cc:** | Kurt Gruner |
| **Subject:** | Re: Sharp v. NDOC |

You may use my e-signature on this

Doug

Get Outlook for iOS

---

**From:** Reva Archer <reva@bdjlaw.com>
**Sent:** Wednesday, November 8, 2023 2:14:03 PM
**To:** Douglas R. Rands <DRands@ag.nv.gov>; Leah Ronhaar <Leah@bdjlaw.com>; Roberta W. Bibee <rbibee@ag.nv.gov>
**Cc:** Kurt Gruner <kgruner@bdjlaw.com>
**Subject:** RE: Sharp v. NDOC

**WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Attached for your review and signature is the Stipulation to Extend Deadlines (second request).

Thank you.

*Reva S. Archer*

**Paralegal to Leah Ronhaar, Esq.**
**Bradley, Drendel & Jeanney**
**6900 S. McCarran Blvd., Suite 2000**
**Reno, Nevada 89509**
**B.  (775) 335-9999**
**F.  (775) 384-5715**



Review Us Here

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Douglas R. Rands <DRands@ag.nv.gov>
**Sent:** Wednesday, November 8, 2023 1:09 PM
**To:** Leah Ronhaar <Leah@bdjlaw.com>; Roberta W. Bibee <rbibee@ag.nv.gov>
**Cc:** Reva Archer <reva@bdjlaw.com>; Kurt Gruner <kgruner@bdjlaw.com>
**Subject:** RE: Sharp v. NDOC

No, not at all.  Put one together for the time you need, and I will sign.

Doug

*Douglas R Rands*
Senior Deputy Attorney General
State of Nevada-Office of the Attorney General
Public Safety Division
100 North Carson Street
Carson City, NV  89701
775-684-1150
drands@ag.nv.gov

**From:** Leah Ronhaar <Leah@bdjlaw.com>
**Sent:** Wednesday, November 8, 2023 12:57 PM
**To:** Douglas R. Rands <DRands@ag.nv.gov>; Roberta W. Bibee <rbibee@ag.nv.gov>
**Cc:** Reva Archer <reva@bdjlaw.com>; Kurt Gruner <kgruner@bdjlaw.com>
**Subject:** Sharp v. NDOC

**WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Doug and Roberta,

We are running out of time to get some of these depositions done.  I honestly think we need more time for discovery and therefore expert deadlines.  Do you have any objection to a stipulation?

Leah Ronhaar, Esq.
BRADLEY, DRENDEL & JEANNEY
P.O. Box 1987
Reno, NV 89505
(775) 335-9999 (Tel)
(775) 335-9993 (Fax)