Leah Kestrel Finke, Esq.
Nevada State Bar No. 13013
KESTREL LAW PLLC
5470 Kietzke Lane, Suite 300
Reno, NV 89511
Telephone No. (775) 235-8055
Facsimile No. (775) 980-1480
Leah@kestrellaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS SNIDER and LAUREN SNIDER, Individually and as Special Administrators of the ESTATE OF ISAIAH SHARP, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF NEVADA, on relation of the NEVADA DEPARTMENT OF CORRECTIONS; CHARLES DANIELS, individually and as Director of the Department of Corrections; WILLIAM QUENGA, individually and as Deputy Director of the Department of Corrections; BRIAN WILLIAMS, individually and as Deputy Director of Operations of the Department of Corrections; JAMES JONES, individually and as Inspector General of the Department of Corrections; WILLIAM GITTERE, individually and as Deputy Director of Programs of the Department of Corrections; CALVIN JOHNSON, individually and as Warden at High Desert State Prison; JEREMY BEAN, individually and as Associate Warden at High Desert State Prison; FRANK DREESEN, individually and as Associate Warden at High Desert State Prison; GARY PICCININI, individually and as Associate Warden at High Desert State Prison; RONALD OLIVER, individually and as Associate Warden at High Desert State Prison; DOE OFFENDER MANAGEMENT ADMINISTRATOR (DOE OMA); DOES I-X, inclusive; BLACK AND WHITE COMPANIES I-X, inclusive; ABC CORPORATIONS, I-X, inclusive<br><br>Defendants.<br>_____/ | Case No.  2:22-cv-01723-RFB-MDC<br><br>**STIPULATION TO AMEND DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR IA 6-1 and LR26-3 (THIRD REQUEST)** |

The parties hereto, by and through their respective undersigned counsel, in compliance with the

1  Court's Scheduling Order hereby files this Stipulation to extend discovery dates.

2  The parties have been diligent in conducting discovery. Since the first request to extend discovery several more depositions have been taken which have resulted in additional depositions needing to be taken, including depositions of witnesses who have needed Subpoenaed. Once such witness that is important to the case has moved since the last known address was given by Defendants to Plaintiffs. Plaintiff has continued to be diligent in tracking this witness with three different leads that have all resulted in failed attempts of service. Plaintiff is continuing to try and obtain a current address for this witness. Additionally, four other depositions were conducted since the last extension. Both sides have served written discovery upon the parties. The current deadline for the Expert disclosure is March 7, 2024 and the parties feel that more time is needed for the additional depositions to be taken and probable additional written discovery.

**DISCOVERY PLAN & SCHEDULING ORDER**

Plaintiffs and Defendants hereby agree and stipulate as to the following discovery plan:

1. DISCOVERY CUT-OFF DATE. The new Discovery Cut-off date shall be 120 days from the current discovery cut-off of May 6, 2024 which shall be (**September 3, 2024**).

2. LAST DAY TO AMEND PLEADING AND/OR ADD PARTIES. The last day to amend pleading and/or add parties will be (90) days prior to the Discovery Cut-off date which shall be (**June 5, 2024**).

3. LAST DAY TO EXTEND DISCOVERY. The last date to request an extension for the discovery in this matter will be (20) days prior set for the Discovery Cut-off in this matter (**August 14, 2024**).

4. DISCLOSURE OF EXPERTS. The last day for disclosing experts will be sixty (60) days before the close of discovery (**July 5, 2024**).

5. INTERIM STATUS REPORT. **No longer required. See updated local rules.**

6. REBUTTAL EXPERTS. The last day for disclosing rebuttal experts shall be thirty-one (31) days after expert disclosure deadline (**Monday, August 5, 2024**).

7. **DISPOSITIVE MOTIONS.** The last date for filing dispositive motions shall be no later than thirty-two (32) days before the close of discovery (**Friday, August 2, 2024**).

8. **PRE-TRIAL ORDER.** The Joint Pre-trial Order shall be filed no later than thirty-two (32) days after the deadline for dispositive motions (**September 3, 2024**).

9. **F.R.C.P. 26(A)(3) DISCLOSURES.** The disclosures required by F.R.C.P. 26(a)(3) and any objections thereto shall be included in the Pre-trial Order.

Dated this 6th day of March, 2024.          Dated this 6th day of March 2024.

KESTREL LAW PLLC                            OFFICE OF THE ATTORNEY GENERAL

 /s/ Leah Kestrel Finke                      /s/ Douglas Rands
Leah Kestrel Finke, Esq.                    Aaron D. Ford, Esq.
Nevada Bar No. 13013                        Nevada Bar No. 8256
5470 Kietzke Lane, Suite 300                Douglas Rands, Esq.
Reno, NV 89511                              Senior Deputy Attorney General
(775) 235-8055 (phone)                      Nevada Bar No. 3572
(775) 980-1480 (fax)                        Nevada Bar No. 8591
***Attorneys for Plaintiffs***              555 E. Washington Avenue, Suite 3900
                                            Las Vegas, NV 89101
                                            (702) 486-3427 (phone)
                                            (702) 486-3773 (fax)
                                            ***Attorneys for Defendants***

**ORDER**

_____
Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 3/7/24