AARON D. FORD
 Attorney General
DOUGLAS R. RANDS, (Bar No. 3572)
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail:  drands@ag.nv.gov

AARON D. FORD
 Attorney General
CRAIG NEWBY (Bar No. 8591)
 Chief Legal Counsel
D. RANDALL GILMER (Bar No. 14001)
 Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
Tel:  (702) 486-9246 / (702) 486-3427
Email: cnewby@ag.nv.gov; dgilmer@ag.nv.gov

*Attorneys for Defendants State of Nevada ex rel.*
*Nevada Department of Corrections, Charles Daniels*
*William Quenga, Brian Williams, James Jones,*
*William Gittere, Calvin Johnson, Jeremy Bean,*
*Frank Dreesen, Gary Piccinini, and Ronald Oliver*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS SNIDER and LAUREN SNIDER, individually and as Special Administrators of the ESTATE OF ISAIAH SHARP, Deceased<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, on relation of the NEVADA DEPARTMENT OF CORRECTIONS; CHARLES DANIELS, individually and as Director of the Department of Corrections; et al.<br><br>Defendants. | Case No.  2:22-cv-01723-RFB-VCF<br><br>**SIPULATION TO AMEND DISCOVERY PLAN AND SCHEDULING ORDER**<br>**(Fourth Request)** |

The parties hereto, by and through their respective undersigned counsel, in compliance with the Court's Scheduling Order hereby files this Stipulation to extend

discovery dates. (Fourth Request)

The parties have been diligent in conducting discovery. Since the last request to extend discovery several more depositions have been taken. Plaintiffs have filed their Expert designations and report. However, due to the July holidays and a preplanned vacation, Counsel for the Defendants requires additional time to designate a rebuttal expert. The parties agree that an additional 15 days would be acceptable.

Additionally, the prior stipulation and order designated that the dispositive motion deadline would be before the close of discovery. The parties agree that the deadline should be 30 days after the close of discovery, as is customary in this district.

## DISCOVERY PLAN & SCHEDULING ORDER

Plaintiffs and Defendants hereby agree and stipulate as to the following discovery plan:

1. DISCOVERY CUT-OFF DATE. The Discovery Cut-off date shall remain the same. (September 3, 2024).

2. LAST DAY TO AMEND PLEADING AND/OR ADD PARTIES. The last day to amend pleading and/or add parties will remain the same.

3. LAST DAY TO EXTEND DISCOVERY. The last date to request an extension for the discovery in this matter will be (21) days prior set for the Discovery Cut-off in this matter (August 13, 2024).

4. DISCLOSURE OF EXPERTS. The last day for disclosing experts will be sixty (60) days before the close of discovery (July 5, 2024)

5. REBUTTAL EXPERTS. The last day for disclosing rebuttal experts shall be **forty-six** (46) days after expert disclosure deadline (**Tuesday, August 20, 2024**).

6. DISPOSITIVE MOTIONS. The last date for filing dispositive motions shall be no later than thirty (30) days **after** the close of discovery (**Thursday, October 3, 2024**).

7. PRE-TRIAL ORDER. The Joint Pre-trial Order shall be filed no later than thirty (30) days after the close of discovery, (Thursday, October 3, 2024) unless a dispositive

///

1  motion is filed. If a dispositive motion is filed, the Joint Pre-trial Order shall be due thirty
2  (30) days after a decision on the dispositive motion is filed.

Dated this 19th day of July, 2024.

| KESTREL LAW PLLC | | AARON D. FORD<br>Attorney General |
|---|---|---|
| Isl *Leah Kestrel Finke* | | |
| Leah Kestrel Finke, Esq.<br>Nevada Bar No. 13013<br>5470 Kietzke Lane, Suite 300<br>Reno, NV 89511<br>(775) 235-8055 (phone)<br>(775) 980-1480 (fax) | By: | _____<br>DOUGLAS R. RANDS, Bar. No. 3572<br>Senior Deputy Attorney General<br>*Attorneys for Defendants* |

*Attorneys for Plaintiffs*

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 7-25-24

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on 23rd day of July, 2024, I electronically filed the foregoing, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

> Leah Kestrel Finke, Esq.
> Nevada Bar No. 13013
> 5470 Kietzke Lane, Suite 300
> Reno, NV 89511

_____
An employee of the
Office of the Nevada Attorney General